UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Remona Lysa Brown,                                              Civ. No. 26-1101 (PAM/DJF)

                        Petitioner,

v.                                                                                              **ORDER**

Minnesota Dept. of Corrections
and Kathy Halvorson,

                        Respondents.

---

This matter is before the Court on Petitioner Remona Lysa Brown's request to proceed in forma pauperis on appeal and Motion for an extension of time.

In her Notice of Appeal, Petitioner requests an application to proceed in forma pauperis ("IFP") on appeal. (See Docket No. 17.) The Clerk's Office has since mailed that application to her. To the extent that Petitioner made any request to proceed IFP, it is denied as moot at this stage. The Court will consider her IFP application when she files it.

Petitioner also moves the Court for an extension of 60 days to "write [her] argument for [her] notice of appeal." (Docket No. 18.) However, a notice of appeal does not require an accompanying legal memorandum. Rather, Petitioner should follow the applicable Federal Rules of Appellate Procedure and any instructions given by the Eighth Circuit Court of Appeals regarding briefing her appeal.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner Remona Lysa Brown's Application to Proceed in Forma Pauperis (Docket No. 17) and request for an extension of time (Docket No. 18) are **DENIED as moot**.

Dated: July 14, 2026                                  *s/ Paul A. Magnuson*
                                                       Paul A. Magnuson
                                                       United States District Court Judge